# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**12**

**CAF 12-00201**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF YVONNE STEWARD,
PETITIONER-APPELLANT,

V                                                          ORDER

CARMELL V. LUCAS, RESPONDENT-RESPONDENT.

---

TIMOTHY R. LOVALLO, BUFFALO, FOR PETITIONER-APPELLANT.

AYOKA A. TUCKER, ATTORNEY FOR THE CHILD, BUFFALO, FOR PAULETTE L.

---

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered January 10, 2012 in a proceeding pursuant to Family Court Act article 6. The order granted respondent's motion to dismiss the petition.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.

Entered:  February 1, 2013                   Frances E. Cafarell
                                             Clerk of the Court